UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-7591-JAK (PLA)**            Date: **September 25, 2019**

Title: **Erica Artavia Campbell v. Molley Hill**

---

PRESENT: THE HONORABLE    **PAUL L. ABRAMS**
                            **UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**        **ATTORNEYS PRESENT FOR RESPONDENT:**
           NONE                                                   NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

On November 26, 2018, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. Petitioner was ordered to file a status report informing the Court of her progress in exhausting her currently unexhausted claims in state court. The most recent status report was due **on or before September 9, 2019**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than October 18, 2019, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's November 26, 2018, Order, shall be deemed compliance with this Order to Show Cause. **Failure to file the status report will result in the stay being lifted**.

**IT IS SO ORDERED.**

cc:     Erica Artavia Campbell, pro se
        Nathan Guttman, CAAG

Initials of Deputy Clerk    ch