JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERICA ARTAVIA CAMPBELL, | ) | No. CV 18-7591-JAK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MOLLY HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: March 30, 2022

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE